THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
SAMUEL KOLLER, Appellant.

*People* v. *Koller*, 116 App. Div. 173, affirmed.
(Argued January 30, 1907; decided February 19, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 7, 1906, affirming a judgment of the Court of General Sessions in the city of New York rendered upon a verdict convicting the defendant of the crime of grand larceny in the second degree.

*Isaac N. Jacobson* for appellant.

*William Travers Jerome, District Attorney (Robert S. Johnstone* of counsel), for respondent.

Judgment of conviction affirmed ; no opinion.

Concur : CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.